UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAKOTA PACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-00176-MTS |
| DAN BULLOCK, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on various Motions by Plaintiff Dakota Pace. The Court previously ordered Plaintiff to file an amended complaint on a Court-provided form, see E.D. Mo. L.R. 2.06(A), and to pay the filing fee in full or file an application to proceed in the district court without prepaying fees and costs along with the statutorily required inmate account statements, see 28 U.S.C. § 1915(a)(2). Doc. [3]. Plaintiff informs the Court that he has transferred to a new institution, which has delayed his ability to comply with the Court's orders. The Court will provide him with additional time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time, Doc. [10], and Motion for Continuance, Doc. [4], are **GRANTED** as follows: Plaintiff must file an amended complaint on the Court's Prisoner Civil Rights Complaint form

no later than **Thursday, March 28, 2024**.  Plaintiff must either pay the $405 filing fee or file the required inmate account statements no later than **Thursday, April 11, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel, Doc. [7], is **DENIED** without prejudice.[*]

**If Plaintiff fails to timely comply with this Order, then the Court will dismiss this action without further notice.**

Dated this 7th day of March 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[*] In civil cases, a self-represented litigant does not have a constitutional or statutory right to appointed counsel.  *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam).  A district court may appoint counsel in a civil case if the court is "convinced that an indigent plaintiff has stated a non-frivolous claim . . . and where the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel."  *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018).  Given that Plaintiff has not filed his amended complaint, the Court necessarily cannot, at this time, determine whether he has stated a non-frivolous claim.  His Motion must be denied at this time.